COLEMAN v. STATE. (No. 7495.) (Court of Criminal Appeals of Texas. Feb. 28, 1923.) Appeal from District Court, Rusk County; Chas. L. Brachfield, Judge. Dennis Coleman was convicted of selling intoxicating liquor, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Rusk county of selling intoxicating liquor. and his punishment fixed at one year in the penitentiary. The record presents neither statement of facts nor bill of exceptions. The indictment charges in regular form that appellant, on the 23d day of December, 1921, in the county of Rusk, sold to Claud Jimmerson spirituous, vinous, and malt liquors. The. charge of the court submits the offense to the jury in language which is not subject to exception. Finding no error in the record, the judgment will be affirmed.

DAVIS v. STATE. (No. 7587.) (Court of Criminal Appeals of Texas. March 14, 1923.) Appeal from District Court, Knox County; J. H. Milam, Judge. Oscar Davis was convicted of murder, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Knox county of murder, and his punishment fixed at 25 years in the penitentiary. The record is before us without a bill of exceptions or statement of facts. The indictment charges murder in the usual form, and the charge of the court seems to submit the law applicable. No error appearing, an affirmance is ordered.

FOWLER v. STATE. (No. 7452.) (Court of Criminal Appeals of Texas. Feb. 21, 1923.) Appeal from District Court, Young County; H. R. Wilson, Judge. Blondy Fowler was convicted of possessing intoxicating liquors for the purposes of sale, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Young county of possessing intoxicating liquor for purposes of sale, and his punishment fixed at one year in the penitentiary. The record is before us without statement of facts or bill of exceptions. The indictment sufficiently charges the offense, and same is submitted in appropriate language to the jury by the court. Finding no error in the record, an affirmance is ordered.

GRAY v. STATE. (No. 7634.) (Court of Criminal Appeals of Texas. March 14, 1923.) Appeal from District Court, Sabine County;

V. H. Stark, Judge. Byron Gray was convicted of murder, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Sabine county of murder, and his. punishment fixed at 20 years in the penitentiary. Neither a statement of facts nor a bill of exceptions appears in the record, and the indictment being in proper form, and the charge seeming to submit the law correctly, we have no choice except to direct an affirmance.

GREER v. STATE. (No. 7460.) (Court of Criminal Appeals of Texas. Feb. 21, 1923.) Appeal from Tarrant County Court at Law; P. W. Seward, Judge. H. O. Greer was convicted of wife desertion, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The appellant was convicted of the offense of wife desertion; punishment fixed at confinement in the county jail for a period of six months. The record is before this court without bills of exceptions or statement of facts. No fundamental error appears. The judgment is affirmed.

JACKSON v. STATE. (No. 7404.) (Court of Criminal Appeals of Texas. Feb. 7, 1923. Rehearing Denied March 7, 1923.) Appeal from District Court, Wise County; F. O. McKinsey, Judge. T. M. Jackson was convicted of manufacturing intoxicating liquor, and he appeals. Affirmed. Frank J. Ford, of Decatur, for appellant. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Wise county of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment is according to approved forms. The charge of the court submitted the offense, and the jury have found appellant guilty. There being no error shown, the judgment of the trial court will be affirmed.

LAINE v. STATE. (No. 7509.) (Court of Criminal Appeals of Texas. Feb. 28, 1923.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Billie Laine was convicted of burglary, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for burglary, with a punishment of two years in the penitentiary. There are no bills of exception in the record, and no statement of facts. The judgment is affirmed.